■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID A. STURGIS, Appellant. [879 NYS2d 787]—Appeal from a judgment of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), rendered December 14, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.